| | |
|---|---|
| RICHARD A. JONES (CA Bar 135248)<br>COVINGTON & BURLING<br>One Front Street<br>San Francisco, California 94111<br>Telephone: (415) 591-6000<br>Fax: (415) 591-6091<br><br>E. EDWARD BRUCE (*pro hac vice*)<br>STUART C. STOCK (*pro hac vice*)<br>ROBERT A. LONG (*pro hac vice*)<br>KEITH A. NOREIKA (*pro hac vice*)<br>COVINGTON & BURLING<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004<br>Telephone:  (202) 662-6000<br>Fax:  (202) 662-6291<br><br>Attorneys for Plaintiffs | JUDY L. HARTLEY (CA Bar 110628)<br>DEPARTMENT OF CORPORATIONS<br>State of California<br>320 West 4th Street, Ste.750<br>Los Angeles, California 90013-2344<br>Telephone:  (213) 576-7604<br>Fax:  (213) 576-7181<br><br>DOUGLAS GOODING (CA Bar 083518)<br>DEPARTMENT OF CORPORATIONS<br>State of California<br>7 Stevenson Street, Suite 2100<br>San Francisco, California 94105<br>Telephone:  (415) 972-8548<br>Fax:  (415) 972-8571<br><br>Attorneys for Defendant |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CITY BANK OF INDIANA and<br>NATIONAL CITY MORTGAGE CO.,<br><br>　　　　　Plaintiffs,<br><br>　versus<br><br>DEMETRIOS A. BOUTRIS,<br>in his official capacity as Commissioner of<br>the California Department of Corporations,<br><br>　　　　　Defendant. | 2:03-cv-00655-GEB-JFM<br><br>**[PROPOSED] FINAL JUDGMENT<br>AND PERMANENT INJUNCTION** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Judgment is entered permanently enjoining the Commissioner and agents acting on behalf of the Commissioner from exercising visitorial powers over plaintiffs; further judgment is entered in favor of plaintiffs on their Supremacy Clause preemption claims under

1 | the National Bank Act and its implementing regulations and in favor of the Commissioner on
2 | plaintiffs' claims under the Depository Institutions Deregulation and Monetary Control Act of
3 | 1980, 42 U.S.C. § 1983 and 42 U.S.C. § 1988.
4 |         IT IS SO ORDERED.
5 | Dated:  September 23, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge